**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7826**

GREGORY LAMONT BULLARD EL,

Petitioner - Appellant,

v.

ROBERT LEWIS, Department of Public Safety Director; SUSAN
WHITE, Mountain View Correctional Superintendent,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Robert J. Conrad,
Jr., Chief District Judge.  (1:12-cv-00169-RJC)

Submitted:  April 2, 2013                Decided:  May 23, 2013

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gregory Lamont Bullard El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Lamont Bullard El seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Bullard El has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny his motion for appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED